**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:19-cv-24097-KMM**

BARBARA BERG,
individually and on behalf of all,
others similarly situated,

Plaintiff,

v.

USHEALTH ADVISORS, LLC,

Defendant.
_________________________________/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

**PROPOSED SCHEDULING ORDER SETTING**
**CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **01/11/2021**. The Calendar Call will be held at 9:30 a.m. on **12/14/2020**. The parties shall adhere to the following schedule:

| | |
|---|---|
| **12/13/2019** | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| **02/17/2020** | The Parties shall file motions to amend pleadings or join Parties. |
| **04/03/2020** | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| **04/17/2020** | The Defendant shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| **05/01/2020** | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |

| | |
|---|---|
| **06/15/2020** | Plaintiff shall file a motion for class certification. |
| **07/01/2020** | The Parties shall complete all discovery, including expert discovery. |
| **07/15/2020** | The Parties shall complete mediation and file a mediation report with the Court. |
| **07/01/2020** | The Parties shall file all dispositive pre-trial motions and memoranda of law. |
| **10/01/2020** | The Parties shall file all motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or for any other reason. If a favorable ruling on the motion(s) would be case dispositive, however, all such motions must be filed by the dispositive motion deadline. |
| **10/01/2020** | The Parties shall each file one motion in limine. All motions in limine must be filed at least six (6) weeks before calendar call. |
| **11/15/2020** | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d). The Parties shall also file final proposed jury instructions or conclusions of law (for non-jury trials). |
| **12/31/2020** | The Parties shall submit their deposition designations. |

**DONE AND ORDERED** in Miami, Florida this ___ day of ______, 2019.

______________________________________
**K. MICHAEL MOORE**
**UNITED STATES CHIEF DISTRICT JUDGE**

cc: counsel of record