**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:19-cv-24097-KMM**

BARBARA BERG,
individually and on behalf of all,
others similarly situated,

Plaintiff,

v.

USHEALTH ADVISORS, LLC,

Defendant.
_________________________________/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

**PROPOSED SCHEDULING ORDER SETTING**
**CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

The parties shall adhere to the following schedule:

| | |
|---|---|
| **12/20/2019** | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to supplement their disclosures pursuant to Fed. R. Civ. P 26(e)(1). |
| **03/17/2020** | The Parties shall file motions to amend pleadings or join Parties. |
| **07/01/2020** | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| **07/17/2020** | The Defendant shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| **08/03/2020** | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| **09/15/2020** | Plaintiff shall file a motion for class certification. |

| | |
|---|---|
| **05/29/2020** | The Parties shall complete the first phase of discovery, which shall relate only to Plaintiff's individual claims. |
| **010/01/2020** | The Parties shall complete the second phase of discovery, which shall include all discoverable matters, including expert discovery. |
| **10/15/2020** | The Parties shall complete mediation and file a mediation report with the Court. |

Within fourteen (14) days after the Court has ruled upon class certification, the Parties shall conduct a supplemental scheduling conference and shall submit a joint proposed scheduling order relating to the following deadlines:

Deadline to file all dispositive pre-trial motions and memoranda of law.

Deadline to file all motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or for any other reason. If a favorable ruling on the motion(s) would be case dispositive, however, all such motions must be filed by the dispositive motion deadline.

Deadline to file motions in limine. All motions in limine must be filed at least six (6) weeks before calendar call.

Deadline to file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d). The Parties shall also file final proposed jury instructions or conclusions of law (for non-jury trials).

Deadline to submit their deposition designations.

Trial period and Calendar Call.

**DONE AND ORDERED** in Miami, Florida this ___ day of ______, 2019.

______________________________

**K. MICHAEL MOORE**
**UNITED STATES CHIEF DISTRICT JUDGE**

cc: counsel of record