# EXHIBIT B

TO ORDER COPIES OF ANY DOCUMENTS LISTED
BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**This docket is current through 02/22/2020**

**Current Date:** 2/23/2020
**Source:** U.S. SUPREME COURT, U.S. SUPREME COURT

**DISCLAIMER**

This Data is provided for informational purposes only and it is not the official record. For copies of the official record (of an incarceration, conviction or court filing record) contact the source agency or court. In addition to any obligations under your Subscriber Agreement, your use of this data may be governed by the Supplier Additional Terms (see Footer).

## CASE INFORMATION

| | |
|---|---|
| **Case Title:** | WILLIAM P. BARR, ATTORNEY GENERAL, ET AL. v. AMERICAN ASSOCIATION OF POLITICAL CONSULTANTS, INC., ET AL. |
| **Court:** | U.S. SUPREME COURT |
| **Case Number:** | 19-631 |
| **Case Type:** | APPEAL |
| **Key Nature of Suit:** | APPEALS (030) |
| **Date Filed:** | 11/15/2019 |

**Questions Presented**

## LOWER COURT INFORMATION

| | |
|---|---|
| **Lower Court:** | UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT |
| **Lower Court Case Number:** | 18-1588 |
| **Lower Court Decision Date:** | APRIL 24, 2019 |
| **Rehearing Denied:** | JUNE 21, 2019 |

## PARTICIPANT INFORMATION

### WILLIAM P. BARR, ATTORNEY GENERAL, ET AL.

| | |
|---|---|
| **Type:** | PETITIONER |
| **Attorney:** | NOEL J. FRANCISCO<br>UNITED STATES DEPARTMENT OF JUSTICE |
| **Attorney Address:** | 950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 |
| **Attorney Phone:** | (202) 514-2217 |
| **Email Address:** | SUPREMECTBRIEFS@USDOJ.GOV |
| **Firm Name:** | SOLICITOR GENERAL |

### AMERICAN ASSOCIATION OF POLITICAL CONSULTANTS, INC., ET AL.

| | |
|---|---|
| **Type:** | RESPONDENT |
| **Attorney:** | ROMAN MARTINEZ V |

| | |
|---|---|
| **Attorney Address:** | 555 ELEVENTH STREET, NW<br>WASHINGTON, DC 20004 |
| **Attorney Phone:** | (202) 637-3377 |
| **Email Address:** | ROMAN.MARTINEZ@LW.COM |
| **Firm Name:** | LATHAM & WATKINS, LLP |

## DOCKET PROCEEDINGS (17)

| Date: | Entry #: | Description: | Date Docketed: | Party: | |
|---|---|---|---|---|---|
| 02/21/2020 | | **Docket Entry:** SET FOR ARGUMENT ON WEDNESDAY, APRIL 22, 2020. | | | Send Runner to Court |
| 02/20/2020 | | **Docket Entry:** BLANKET CONSENT FILED BY RESPONDENTS , AMERICAN ASSOCIATION OF POLITICAL CONSULTANTS, INC., ET AL. BLANKET CONSENT | | | View Add to request |
| 01/10/2020 | | **Docket Entry:** PETITION GRANTED. | | | Send Runner to Court |
| 12/18/2019 | | **Docket Entry:** REPLY OF PETITIONERS WILLIAM P. BARR, ATTORNEY GENERAL, ET AL. FILED. MAIN DOCUMENT | | | View Add to request |
| 12/18/2019 | | **Docket Entry:** REPLY OF PETITIONERS WILLIAM P. BARR, ATTORNEY GENERAL, ET AL. FILED. CERTIFICATE OF WORD COUNT | | | View Add to request |
| 12/18/2019 | | **Docket Entry:** DISTRIBUTED FOR CONFERENCE OF 1/10/2020. | | | Send Runner to Court |
| 12/04/2019 | | **Docket Entry:** BRIEF OF RESPONDENTS AMERICAN ASSOCIATION OF POLITICAL CONSULTANTS, INC., ET AL. IN SUPPORT FILED. PROOF OF SERVICE | | | View Add to request |
| 12/04/2019 | | **Docket Entry:** BRIEF OF RESPONDENTS AMERICAN ASSOCIATION OF POLITICAL CONSULTANTS, INC., ET AL. IN SUPPORT FILED. CERTIFICATE OF WORD COUNT | | | View Add to request |
| 12/04/2019 | | **Docket Entry:** BRIEF OF RESPONDENTS AMERICAN ASSOCIATION OF POLITICAL CONSULTANTS, INC., ET AL. IN SUPPORT FILED. MAIN DOCUMENT | | | View Add to request |
| 11/14/2019 | | **Docket Entry:** PETITION FOR A WRIT OF CERTIORARI FILED. (RESPONSE DUE DECEMBER 16, 2019). PROOF OF SERVICE | | | View Add to request |

 © 2020 Thomson Reuters. No claim to original U.S. Government Works. 

| | | |
|---|---|---|
| 11/14/2019 | **Docket Entry:** PETITION FOR A WRIT OF CERTIORARI FILED. (RESPONSE DUE DECEMBER 16, 2019). PETITION | View Add to request |
| 10/15/2019 | **Docket Entry:** APPLICATION (19A271) GRANTED BY THE CHIEF JUSTICE EXTENDING THE TIME TO FILE UNTIL NOVEMBER 18, 2019. | Send Runner to Court |
| 10/11/2019 | **Docket Entry:** APPLICATION (19A271) TO EXTEND FURTHER THE TIME FROM OCTOBER 21, 2019 TO NOVEMBER 18, 2019, SUBMITTED TO THE CHIEF JUSTICE. PROOF OF SERVICE | View Add to request |
| 10/11/2019 | **Docket Entry:** APPLICATION (19A271) TO EXTEND FURTHER THE TIME FROM OCTOBER 21, 2019 TO NOVEMBER 18, 2019, SUBMITTED TO THE CHIEF JUSTICE. WRITTEN REQUEST | View Add to request |
| 09/09/2019 | **Docket Entry:** APPLICATION (19A271) GRANTED BY THE CHIEF JUSTICE EXTENDING THE TIME TO FILE UNTIL OCTOBER 21, 2019. | Send Runner to Court |
| 09/06/2019 | **Docket Entry:** APPLICATION (19A271) TO EXTEND THE TIME TO FILE A PETITION FOR A WRIT OF CERTIORARI FROM SEPTEMBER 19, 2019 TO OCTOBER 21, 2019, SUBMITTED TO THE CHIEF JUSTICE. PROOF OF SERVICE | View Add to request |
| 09/06/2019 | **Docket Entry:** APPLICATION (19A271) TO EXTEND THE TIME TO FILE A PETITION FOR A WRIT OF CERTIORARI FROM SEPTEMBER 19, 2019 TO OCTOBER 21, 2019, SUBMITTED TO THE CHIEF JUSTICE. MAIN DOCUMENT | View Add to request |

TO ORDER COPIES OF ANY DOCUMENTS LISTED ABOVE, CALL WESTLAW COURTEXPRESS 1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**End of Document**

© 2020 Thomson Reuters. No claim to original U.S. Government Works.