# EXHIBIT C

Login Contact

The Keyes Company

Contact Me Now!

Ask Me Anything

305-775-7119

Call Me Today

# Contact Me




## Contact Information

**Address:** 8745 SW 136 St
Miami, FL 33176

**Phone:** 305-775-7119

## Send Me A Message

ENTER YOUR EMAIL

ENTER YOUR CELL PHONE