**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA (MIAMI)**

**CASE NO.: 1:19-cv-24097-AHS – Singhal/McAliley**

BARBARA BERG, individually and on behalf of all other similarly situated,

**CLASS ACTION**

Plaintiff,

v.

USHEALTH ADVISORS, LLC,

Defendant.
_______________________________________/

**DEFENDANT USHEALTH ADVISORS, LLC'S NOTICE OF DISCOVERY HEARING**

Defendant, USHEALTH Advisors, LLC ("USHEALTH"), through counsel and pursuant to Local Rule 26.1(g) and Magistrate Judge McAliley's Discovery Procedures, notices this matter for consideration on Magistrate Judge McAliley's discovery calendar for Wednesday, March 4, 2020 at 9:30 a.m. The parties have encountered, and been unable to resolve, disputes regarding Plaintiff Barbara Berg's ("Plaintiff") responses to USHEALTH's First Requests for Production and First Set of Interrogatories to Plaintiff. Specifically, USHEALTH has challenged the sufficiency of Plaintiff's various objections, and sought a privilege log for any documents withheld pursuant to Plaintiff's privilege objections. As there are numerous responses at issue, USHEALTH has attached Plaintiff's responses and highlighted each request and response at issue. *See* Ex. A (Interrogatories); Ex. B (Requests for Production).

For the Court's reference, the following requests are at issue:

- Interrogatories 1, 2, 4, 5, 6, 8, 9, 10, 12 14, and 15.
- Requests for Production 11, 12, 13, 14, 16, 20, 21, 22, 30, 31, 36, 41, 42, 44, and 45.

**CERTIFICATE OF GOOD FAITH**
**CONFERRAL PURSUANT TO LOCAL RULE 7.1(a)(3)**

On February 7, 2020, undersigned counsel for Defendant conferred with David Sholl, counsel for Plaintiff, telephonically to attempt to resolve the discovery disputes. On February 22, 2020, undersigned counsel attempted to resolve the discovery disputes again, via e-mail, with Plaintiff's counsel. The parties were not able to resolve the disputes.

DATED: February 26, 2020

Respectfully submitted,

By: */s/ Gregg I. Strock*

JEFFREY A. BACKMAN
Florida Bar No. 662501
Gregg I. Strock
Florida Bar No. 1010140
GREENSPOON MARDER LLP
200 E. Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
(954) 491-1120
jeffrey.backman@gmlaw.com
khia.joseph@gmlaw.com
gregg.strock@gmlaw.com
lisa.webster@gmlaw.com

*Attorneys for USHEALTH Advisors, LLC*