**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA (MIAMI)**

**CASE NO.: 1:19-cv-24097-AHS – Singhal/McAliley**

BARBARA BERG, individually and on behalf of all other similarly situated,

**CLASS ACTION**

Plaintiff,

v.

USHEALTH ADVISORS, LLC,

Defendant.
______________________________________/

**DEFENDANT USHEALTH ADVISORS, LLC'S**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant, USHEALTH Advisors, LLC ("Defendant"), hereby gives notice of supplemental authority relevant to Defendant's Motion to Stay Proceedings, (ECF 15), namely the United States District Court for the Eastern District of Missouri's decision, issued on February 25, 2020, in *Seefeldt v. Entertainment Consulting Int'l, LLC*, No. 4:19-cv-00188 (E.D. Mo. Feb. 25, 2020). A true and correct copy of the *Seefeldt* decision is attached hereto as "Exhibit A".

DATED: March 2, 2020

Respectfully submitted,

By: */s/ Gregg I. Strock*

JEFFREY A. BACKMAN (Fla. Bar No. 662501)
Gregg I. Strock (Fla. Bar No. 1010140)
GREENSPOON MARDER LLP
200 E. Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
(954) 491-1120
jeffrey.backman@gmlaw.com
khia.joseph@gmlaw.com
gregg.strock@gmlaw.com
lisa.webster@gmlaw.com
*Attorneys for USHEALTH Advisors, LLC*